# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOSEPH H. SCHROEDER II, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 15-1178-EFM-KGG |
| MARK KAHRS, *et al.*, | ) |
| Defendants. | ) |

# MEMORANDUM & ORDER ON
# MOTION TO COMPEL TO WITHDRAW

Plaintiff filed his federal court Complaint, *pro se*, alleging violations of the Fair Debt Collection Practices Act. (Doc. 1.) Now pending before the Court is Plaintiff's "Motion to Compel to Withdraw Rayn [sic] Hodge Law." (Doc. 13.)

The Court reads Plaintiff's motion as requesting the Court to enter an Order requiring Ryan Hodge, of the Ray Hodge & Associates, L.L.C. law firm, to cease representing Defendant as counsel in the above-captioned matter. In support of his request, Plaintiff contends that Mr. Hodge has failed to provide him with copies of Defendants' filings with the Court, has failed to engage in settlement negotiations, has failed to discuss other "similar Federal Cases" apparently pending in Florida, and has failed to provide Plaintiff with a working fax number for defense counsel. (*See generally* Doc. 13.)

The Court finds a response to this motion from Mr. Hodge to be unnecessary. The Court will not Order Mr. Hodge to withdraw as counsel for Defendant and will not require Defendant to engage in settlement negotiations at the present time. The Court will, however, require Mr. Hodge to send copies of all of Defendant's federal court filings to the address listed for Plaintiff in the Court's docketing system (403 Zachery Drive, Derby, KS 67037). To the extent these documents have already been mailed to this address, the Court requests Mr. Hodge to send an additional copy of each document previously filed as a precaution and courtesy. In the future, Mr. Hodge shall not be required to send copies beyond what is required to satisfy service requirements. If Plaintiff prefers to receive his mailings at a different address, he is directed to contact the Court Clerk as well as Mr. Hodge and provide an updated address forthwith. Mr. Hodge is also directed to verify that Plaintiff has the correct fax number for defense counsel.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Compel (Doc. 13) is **GRANTED in part** and **DENIED in part** as more fully set forth above.

**IT IS SO ORDERED**.

Dated at Wichita, Kansas, on this 5th day of August, 2015.

S/ KENNTH G. GALE
KENNETH G. GALE
United States Magistrate Judge